UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AUSTIN REE RAMIREZ,<br>Defendant. | NO. 26-cr-000112 TLT<br><br>ORDER RE EXCLUSION OF TIME FROM 08/14/2026 TO 8/28/2026 |

**ORDER**

Based upon the representations made to the Court on the record on August 14, 2026, and for good cause shown, the Court finds that failing to exclude the time from August 14, 2026, through August 28, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 14, 2026, to August 28, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 14, 2026, through August 28, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 19, 2026

TRINA L. THOMPSON
United States District Judge